# EXHIBIT A



The credit union offers a service called Debit Card Option, which will provide you with the added convenience of overdraft coverage on debit card and ATM transactions on your checking account.

**How will the Debit Card Option work?**
If you do not have the money in your checking account at the time of your debit card purchase or ATM withdrawal and you are enrolled in the Debit Card Option program, your transaction will generally be approved, allowing you to overdraw your account up to $500. Having the Debit Card Option does not guarantee we will authorize an overdraft.

**What if I do not request Debit Card Option?**
If you do not request Debit Card Option for ATM withdrawals and debit card purchases, you may have your transaction declined when you do not have sufficient funds available in your checking account to cover the purchase. Requesting or declining Debit Card Option will not affect how we pay other types of transactions, including checks and electronic transactions.

**Is there a fee for the Debit Card Option service?**
Your debit card purchases and ATM withdrawals can be approved up to $500 over your checking balance. For transactions processed through the MasterCard® network (selecting credit at the merchant), before the transaction posts to your account the system will use the Overdraft Protection you have available to pay the transaction. If funds are not available through Overdraft Protection, we will still pay the item and charge a $30 fee. For transactions processed at a merchant using a PIN, the system will use the Overdraft Protection available to approve the transaction. If there are no funds available via Overdraft Protection and you have the Debit Card Option, the transaction will be approved and a fee will be assessed. For ATM transactions), the system will NOT look to any pre-established Overdraft Protection. Instead the transaction will be approved and you will be assessed a $30 fee.

**Recurring Debit Card transactions:**
The Debit Card Option does not impact recurring debit transactions. A recurring debit will post to your checking account. If you do not have the funds in your account, the transaction will post and a fee will be assessed.

**May I Change my designation?**
You may change your designation with the Debit Card Option program via eBranch or by telephoning us at 858-547-7400 during business hours.

Remember, to avoid having your purchases potentially declined, you must select the Debit Card Option. You may select Debit Card Option conveniently by selecting the first box below.

If you have any questions about Debit Card Option, please contact us at 1-800-222-7455.

12/18