# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CORTES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABRILLO CREDIT UNION and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-2375-GPC-DEB<br><br>Judge: Hon. Judge Gonzalo P. Curiel<br><br>**ORDER GRANTING PARTIES' JOINT MOTION/STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE**<br><br>[Filed concurrently with Joint Motion/Stipulation to Dismiss Plaintiff's Claims with Prejudice]<br><br>Action Filed: 12/04/2020 |

Having considered the Joint Motion/Stipulation of the Parties, and good cause appearing,

IT IS SO ORDERED:

1. Plaintiff Cesar Cortes and Defendant Cabrillo Credit Union have reached a settlement of Plaintiff's individual claims. Plaintiff, in exchange for consideration, will dismiss his individual claims with prejudice.

2. A class has not been certified nor is a class being proposed for certification for purposes of settlement. All class claims will be dismissed without prejudice.

   3. The Settlement Status Conference scheduled for 12/22/2022, as well as all other scheduled hearing dates and deadlines are hereby vacated.

   IT IS SO ORDERED.

Dated:  December 23, 2022

                Hon. Gonzalo P. Curiel
                United States District Judge